IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD C. KELLEY | : | MISC. ACTION |
| v. | : | |
| STAFF AT CAMP HILL, et al. | : | NO. 02-140 |

**O R D E R**

AND NOW, this     day of July, 2002, IT IS HEREBY ORDERED that Document No. 1 from Kelley v. Staff at Camp Hill, Misc. Action No. 02-140 (the "Document") shall be transferred to Kelley v. Law, Civil Action No. 02-1457, a civil rights suit before this Court.  Although the Document is titled a motion to proceed in forma pauperis, it appears that the plaintiff is moving to amend his complaint in the existing case to add additional defendants.

IT IS FURTHER ORDERED THAT the motion in Kelley v. Law, 02-1457, to amend the complaint is GRANTED.  No motion is needed to amend the complaint at this stage; the plaintiff may file an amended complaint adding the new defendants as a matter of course, because the defendants have not responded.  Fed. R. Civ. P. 15(a). If the plaintiff does file another complaint adding the defendants, he must state what the new defendants did that violated his rights.

IT IS FURTHER ORDERED THAT the Clerk of Court shall mail a copy of the Document to each of the defendants in <u>Kelley v. Law</u>, 02-1457, and that the Clerk of Court shall close this Miscellaneous Case.

BY THE COURT:


_____
MARY A. McLAUGHLIN,   J.